ORIGINAL

FILED
SEP 25 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| REILLY'S WHOLESALE PRODUCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant, | No. 06-668 C |

RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Reilly's Wholesale Produce, Inc. ("RWPI") certify that to the best of my knowledge and belief, that RWPI has no parent corporation, and no publicly held corporation owns 10% or more of RWPI stock.

Dated: September 25, 2006

Respectfully submitted,

Michael J. Schaengold
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6441
(202) 457-6315 (Fax)

Attorney of Record for
Reilly's Wholesale Produce, Inc.

Of Counsel:
Robert S. Brams
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

Mark A. McAndrew

4830897

DINSMORE & SHOHL
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
(513) 977-8200
(513) 977-8141 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2006, I served by hand delivery or overnight mail Plaintiff's Rule 7.1 Disclosure Statement to:

Dawn Conrad, Esq.
U.S. Department of Justice
Civil Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington D.C. 20530
(HAND DELIVERY)

David Metzger, Esq.
Holland & Knight
1600 Tysons Boulevard
Suite 700
McLean, VA 22102
(HAND DELIVERY)

Sheila S. Norfus
Defense Commissary Agency
Resales Commodity Branch
1300 E Avenue
Fort Lee, VA 23801-1800
(OVERNIGHT MAIL)