**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **REILLY'S WHOLESALE PRODUCE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **BID PROTEST** |
| | ) | |
| **v.** | ) | **No. 06-668C** |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION TO INTERVENE**

Four Seasons Produce, Inc. ("Four Seasons"), by undersigned counsel, hereby moves the Court to intervene in the above-captioned proceeding as an Intervenor of Right pursuant to RCFC 24(a)(2). In support of its Motion, Four Seasons states as follows:

On September 25, 2006, Plaintiff filed a Complaint for Injunctive and Declaratory Relief relating to the Defense Commissary Agency's ("DeCA") decision to override an automatic stay of performance of Contract No. HDEC02-06-D-0017 ("Interim Contract"), which DeCA awarded to Four Seasons, pending a bid protest that Plaintiff filed with the Government Accountability office ("GAO"), Number B-298837.

As the Interim Contract awardee, Four Seasons has a specific interest in the property or transaction that is the subject matter of this action, i.e., performance of the Interim Contract, which the Plaintiff seeks to enjoin. Four Seasons is the awardee of the Interim Contract. No other party can adequately represent Four Seasons' interests regarding the harm to Four Seasons in the assessment of whether injunctive relief is appropriate. Indeed, only Four Seasons is best equipped to present its own position in defense of all elements that Plaintiff must demonstrate to succeed in its pursuit of injunctive relief.

This Court routinely admits a contract awardee as an Intervenor in CICA override cases. *See e.g., Advanced Sys. Dev., Inc. v. United States*, No. 06-484C at 5 (Fed. Cl. July 21, 2006)

(admitting awardee as intervenor during Preliminary Status Conference); *Cigna Gov't Serv., LLC v. United States*, 70 Fed. Cl. 100, 109 (2006) (admitting awardees as intervenors during status conference); *Sierra Military Health Serv., Inc. v. United States*, 58 Fed. Cl. 573 (2003) (awardees as intervenors). Accordingly, Four Seasons qualifies as an Intervenor of Right pursuant to RCFC 24(a)(2). A proposed Order is attached for the Court's convenience.

WHEREFORE, for good cause shown, Four Seasons respectfully requests this Court to grant it leave to intervene in this matter.

Dated: September 27, 2006

Respectfully submitted,

___s/ David P. Metzger___________

David P. Metzger
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard, Suite 700
McLean, VA
(703) 720-8036 (tel)
(703) 720-8610 (fax)
david.metzger@hklaw.com

Attorney of Record for Four Seasons Produce, Inc.

*Of Counsel:*

Kristen E. Ittig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW Suite 100
Washington, DC 20006
(202) 862-5976
(202) 955-5564
kristen.ittig@hklaw.com

Caitlin K. Cloonan
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard, Suite 700
McLean, VA
(703) 720-8021 (tel)
(703) 720-8610 (fax)
caitlin.cloonan@hklaw.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **REILLY'S WHOLESALE PRODUCE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **BID PROTEST** |
| | ) | |
| **v.** | ) | **No. 06-668C** |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ______________________________ | ) | |

**PROPOSED ORDER**

Upon consideration of the Motion to Intervene filed by Four Seasons Produce, Inc., and any opposition thereto, it is this ____ day of September 2006 by the United States Court of Federal Claims:

ORDERED that the Motion to Intervene is GRANTED.

______________________________
Judge

*Copies to:*

David P. Metzger
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard, Suite 700
McLean, VA

Michael J. Schaengold
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dawn Conrad, Esq.
Department of Justice
1100 L Street, NW Room 7046
Washington, DC 20530

Elliot J. Clark, Jr.
Defense Commissary Agency
1300 E Avenue
Fort Lee, VA 23801

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Motion to Intervene to be served by email this 27th day of September 2006 upon:

Michael J. Schaengold
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Dawn Conrad, Esq.
Department of Justice
1100 L Street, NW Room 7046
Washington, DC 20530

Elliot J. Clark, Jr.
Defense Commissary Agency
1300 E Avenue
Fort Lee, VA 23801

# 4064014_v2