# In The United States Court of Federal Claims

No. 06-668C

(Filed: September 28, 2006)

---

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On September 27, 2006, a preliminary conference was held in this case. Participating in the conference were Michael Schaengold, for plaintiff, Dawn Conrad, for defendant, and David Metzger for defendant-intervenor. Based on discussions during the conference, it was agreed that:

1. On or before September 29, 2006, defendant shall file the administrative record.

2. On or before October 3, 2006, defendant and defendant-intervenor shall each file their responses to plaintiff's motion for preliminary injunction with accompanying memorandum of points and authorities.

3. On or before October 6, 2006, plaintiff shall file its reply in support of its motion for preliminary injunction.

4. On October 10, 2006, at 9:30 a.m.(EST), the court will hold oral argument on plaintiff's motion for preliminary injunction at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of argument.

5. By agreement of the parties, the court will not consider plaintiff's application for temporary restraining order at this time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge