# In the United States Court of Federal Claims

**6-668 C**

**Filed: 9/29/2006**

**REILLY'S WHOLESALE PRODUCE, INC.,**

**v.**

**THE UNITED STATES**

**Document:** Administrative Record ( CD-ROM)

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.