IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| REILLY'S WHOLESALE PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-668C |
| | ) | Bid Protest |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| FOUR SEASONS PRODUCE, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

I, the undersigned counsel of record for Four Seasons Produce, Inc. ("Four Seasons") certify that to the best of my knowledge and belief, Four Seasons has no parent corporation, and no publicly-held corporation owns 10% or more of Four Seasons' stock.

Dated: October 2, 2006

Respectfully submitted,

/s David P. Metzger

David P. Metzger
HOLLAND & KNIGHT LLP
1600 Tysons Blvd, Suite 700
McLean, VA 22102
Tel.: 703-720- 8036
Fax: 703-720-8610
david.metzger@hklaw.com

Attorney of Record for Four Seasons Produce, Inc.

Of Counsel:
Kristen E. Ittig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW Suite 100
Washington, DC 20006
Tel.: 202-862-5976
Fax: 202-955-5564

Caitlin K. Cloonan
HOLLAND & KNIGHT LLP
1600 Tysons Blvd, Suite 700
McLean, VA 22102
Tel.: 703-720- 8021
Fax: 703-720-8610

**CERTIFICATE OF FILING**

I hereby certify that on October 2, 2006, a copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

/s David P. Metzger