# In The United States Court of Federal Claims

No. 06- 668C

(Filed: October 11, 2006)

---

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

---

**ORDER**

---

A telephonic status conference was held in this case today, Wednesday, October 11, 2006, at 10:00 a.m. (EST). The court indicated that, due to set-up and operational errors, the court digital recording system used during the October 10, 2006, oral argument did not record the argument. To provide some record of what was discussed at the oral argument, the court offered the parties the opportunity to file a brief recitation of points that were raised in the oral argument held in this case on October 10, 2006 (and not already discussed in the briefs). Should the parties choose to file such a brief recitation, it shall be filed by 5:00 p.m. on this day, October 11, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge