# In The United States Court of Federal Claims

No. 06- 668C

(Filed: October 12, 2006)

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

**ORDER**

The court is aware of the decision issued today, October 12, 2006, by the Government Accountability Office (GAO), dismissing plaintiff's protest to the award of a contract for FF&V made to defendant-intervenor under a request for proposals (No. HDEC02-06-R-005) issued by DeCA. However, the GAO notes that its decision does not resolve a pending protest to the same award by Philadelphia Produce Market Wholesalers, LLC, which raises the same conflict of interest challenge.

On or before 12:00 noon on October 13, 2006, the parties shall file a short memorandum (not to exceed 5 pages) explaining the impact on this case of the events described above. This court does not anticipate hearing argument on this issue.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge