# In The United States Court of Federal Claims

No. 06- 668C

(Filed: October 19, 2006)

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

## ORDER

On October 18, 2006, the parties filed a joint status report indicating that the Defense Commissary Agency (DeCA) intends to issue a notice of termination for the convenience of the Government upon the interim contract between DeCA and defendant-intervenor with an effective date of October 20, 2006. Based on its review of the status report, the court determines:

1. On or before October 20, 2006, defendant shall file a copy of the notice with the court.

2. On or before October 27, 2006, the parties shall file a joint status report informing the court of the status of the GAO protest on the interim contract.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge