**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| REILLY'S WHOLESALE PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-668C |
| | ) | bid protest |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| FOUR SEASONS PRODUCE, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING**

Pursuant to this Court's order dated October 19, 2006, defendant, the United States, respectfully submits the attached notice of termination for the convenience of the Government upon contract number HDEC02-06-D-0017 (the "interim contract"). The notice was issued on October 18, 2006, and has an effective date of October 20, 2006. The notice of termination is attached to this notice of filing. The second attachment to this notice of filing is the signature page of the notice of termination, reflecting defendant-intervenor's receipt of the notice of termination.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

OF COUNSEL:

THOMAS D. RATHGEB
Deputy General Counsel – Litigation
Defense Commissary Agency
1300 E Avenue
Fort Lee, VA 23801-1800

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Dated: October 19, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of October, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING" and attachments were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad