(ii) Give affected employees maximum practical advance notice of the employment reduction and inform them of the facilities and services available to them through the local State Employment Service offices;

(iii) Advise affected employees to file applications with the State Employment Service to qualify for unemployment insurance, if necessary;

(iv) Inform officials of local unions having agreements with you of the impending reduction-in-force; and

(v) Inform the local Chamber of Commerce and other appropriate organizations which are prepared to offer practical assistance in finding employment for displaced workers of the impending reduction-in-force.

(2) If practicable, urge subcontractors to take similar actions to those described in paragraph (1) of this section.

(h) Administrative. The contract administration office named in the contract will identify the Contracting Officer who will be in charge of the settlement of this termination and who will, upon request, provide the necessary settlement forms. Matters not covered by this notice should be brought to the attention of the undersigned.

Please acknowledge receipt of this notice as provided below. Should you have any immediate questions, please contact the undersigned at (804) 734-8899.

Sarah E. Saunders

Sarah E. Saunders
Contracting Officer

************************************************************************

## ACKNOWLEDGMENT OF NOTICE

The undersigned acknowledges receipt of a signed copy of this notice on October 18, 2006. Provide one signed copy immediately via facsimile to (804) 734-8090. The original copy should be sent to the Contracting Officer via the most expeditious method.

FOUR SEASONS PRODUCE, INC.
*(Name of Contractor)*

By: Ronald F. Carkoski
*(Signature)*

RONALD F. CARKOSKI
*(Typed Name)*

President and CEO
*(Title)*