**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| REILLY'S WHOLESALE PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-668C |
| | ) | bid protest |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| FOUR SEASONS PRODUCE, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, requests the Court to dismiss as moot the complaint of plaintiff, Reilly's Wholesale Produce, Inc. ("RWPI"). RWPI's complaint for a preliminary injunction, permanent injunction, and declaratory relief is now moot because the agency, the Defense Commissary Agency ("DeCA"), has terminated the interim contract, contract number HDEC02-06-D-0017,[1] and the Government Accountability Office ("GAO") has dismissed RWPI's protest of the interim contract. See Attachment 1.

This case is a challenge to a decision by DeCA, issued pursuant to the Competition in Contracting Act ("CICA"), 31 U.S.C. § 3553(c), to override an automatic stay issued during a bid protest pending before GAO, No. B-298837. RWPI's GAO protest, AR 6-19, was a post-award challenge to DeCA's award of an interim contract to defendant-intervenor, Four Seasons Produce, Inc. ("FSP"), to supply produce to military commissaries in the Northeastern United

---

[1] See Defendant's Notice of Filing, dated October 19, 2006, with notice of termination attached.

States. AR 37-67.[2] RWPI's protest triggered the automatic stay provisions of 31 U.S.C. § 3553(d). On September 20, 2006, the Director of DeCA, Patrick B. Nixon, who is also the agency's head of contracting activity, determined that urgent and compelling circumstances that significantly affect the interests of the United States justified overriding the automatic stay of performance for the interim contract. AR 3-5. On September 25, 2006, RWPI filed this action, seeking a temporary restraining order, preliminary and permanent injunctive relief, and declaratory relief. Compl. ¶ 1, Pl. Mot. at 1.[3]

After briefing and oral argument on RWPI's motion for a preliminary injunction, the Court issued an opinion and order on October 13, 2006, preliminarily enjoining the agency and FSP from performing on the interim contract, but stayed the order through and including, October 20, 2006. On October 18, 2006, DeCA issued a notice of termination for the convenience of the Government upon the interim contract, with an effective date of October 20, 2006. On October 19, 2006, the GAO dismissed RWPI's protest of the interim contract based upon the Government's termination of that contract. With the termination of the interim contract, both the override and the GAO protest became moot.

The termination of the interim contract and the dismissal of the GAO protest also renders moot the relief sought in this case. Accordingly, this Court no longer possess subject matter jurisdiction over this complaint. S.K.J. & Assocs. v. United States, 67 Fed. Cl. 218, 230 (2005); CCL Serv. Corp. v. United States, 43 Fed. Cl. 680, 689 (1999).

---

[2] "AR__" refers to the administrative record filed in this matter on September 29, 2006.

[3] "Pl. Mot. __" refers to plaintiff's motion for a temporary restraining order, preliminary injunction, and declaratory relief, filed on September 25, 2006. "Compl.__" refers to the complaint in this matter, filed on September 25, 2006.

For these reasons, we respectfully request that the Court dismiss RWPI's complaint as moot.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

THOMAS D. RATHGEB
Deputy General Counsel – Litigation
Defense Commissary Agency
1300 E Avenue
Fort Lee, VA 23801-1800

Dated: October 27, 2006

CERTIFICATE OF FILING

I hereby certify that on this 27th day of October, 2006, a copy of the foregoing "DEFENDANT'S MOTION TO DISMISS" and attachment were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad