GAO
Accountability * Integrity * Reliability

Comptroller General
of the United States

United States Government Accountability Office
Washington, DC 20548

# Decision

**Matter of:** Reilly's Wholesale Produce, Inc.

**File:** B-298837

**Date:** October 19, 2006

## DECISION

Reilly's Wholesale Produce, Inc. protests the award of an interim contract, No. HDEC02-06-D-0017, to Four Seasons Produce, Inc. by the Defense Commissary Agency for fresh fruits and vegetables.

We dismiss the protest because the agency is terminating the awardee's contract.

The jurisdiction of our Office is established by the bid protest provisions of the Competition in Contracting Act of 1984, 31 U.S.C. §§ 3551-3556 (2000), amended by the Ronald W. Reagan National Defense Authorization Act for Fiscal Year 2005, Pub. L. No. 108-375, § 326, 118 Stat. 1811 (2004). Our role in resolving bid protests is to ensure that the statutory requirements for full and open competition are met. Pacific Photocopy and Research Servs., B-278698, B-278698.3, Mar. 4, 1998, 98-1 CPD ¶ 69 at 4.

When an agency terminates an awardee's contract, the agency action renders a protest of that award academic. Since it is not our practice to consider academic questions, Dyna-Air Eng'g Corp., B-278037, Nov. 7, 1997, 97-2 CPD ¶ 132, the protest is dismissed.

Gary L. Kepplinger
General Counsel