**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| REILLY'S WHOLESALE PRODUCE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-668C |
| | ) | bid protest |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, and | ) | |
| | ) | |
| FOUR SEASONS PRODUCE, INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**MOTION FOR LEAVE TO FILE REDACTED**
**ADMINISTRATIVE RECORD ON CD-ROM AND TO WAIVE PAPER COPY**

Defendant, the United States, respectfully requests leave to file the redacted administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The redacted administrative record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. Counsel for plaintiff and intervenor have been contacted and do not oppose this motion.

The administrative record consists of multiple documents. Because of the portability and ease of manipulation of the documents on a CD-ROM, we also respectfully request that the Court waive the requirement of RCFC General Order 42A ¶ 5 that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that this motion for leave to file the redacted administrative record on CD-ROM and to waive the additional paper copy be

granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

THOMAS D. RATHGEB
Deputy General Counsel – Litigation
Defense Commissary Agency
1300 E Avenue
Fort Lee, VA 23801-1800

Dated: November 27, 2006

CERTIFICATE OF FILING

I hereby certify that on this 27th day of November, 2006, a copy of the foregoing "MOTION FOR LEAVE TO FILE REDACTED ADMINISTRATIVE RECORD ON CD-ROM AND TO WAIVE PAPER COPY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad