**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **REILLY'S WHOLESALE PRODUCE, INC.** | |
| **Plaintiff,** | |
| v. | **No. 06-668C** **(Judge Allegra)** |
| **THE UNITED STATES,** | |
| **Defendant,** | |
| **and** | |
| **FOUR SEASONS PRODUCE, INC.,** | |
| **Intervenor.** | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Reilly's Wholesale Produce, Inc. ("RWPI"), through counsel, respectfully files its Response to Defendant's Motion to Dismiss to RWPI's Complaint in the above-captioned action.

In this action, RWPI challenged in this Court the override by the Defense Commissary Agency ("DeCA") of the automatic stay of contract performance provided by the Competition in Contracting Act as a result of RWPI's filing of a Government Accountability Office ("GAO") bid protest concerning DeCA's award of Contract No. HDEC02-06-D-0017 (the "D-0017 Contract" or the "Interim Contract") to Four Seasons Produce, Inc. ("Four Seasons"). As a direct result of RWPI's action in this Court, in an October 13, 2006 opinion (which was publicly released on October 26, 2006), this Court preliminarily enjoined DeCA and Four Seasons from performing the D-0017 Contract. Subsequently, and because of RWPI's success in this action, DeCA terminated for convenience the D-0017 Contract with Four Seasons and returned the parties to the pre-award procurement status quo with respect to, and pending the outcome of the GAO Protests of DeCA's award of, Contract No. HDEC02-06-D-0013 (the "D-0013 Contract").

Therefore, RWPI is a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and is entitled to recover, *inter alia*, its attorneys fees, expert witness expenses and costs under the EAJA. In addition, RWPI respectfully requests that this Court award RWPI its costs under, *inter alia*, 28 U.S.C. § 1920 and RCFC 54(d). *See* 28 U.S.C. § 2412. To the extent that the granting of DeCA's Motion to Dismiss would prejudice RWPI's ability to recover attorneys fees, expert witness expenses and costs under, *inter alia*, the EAJA, 28 U.S.C. § 1920 and/or RCFC 54(d), RWPI respectfully opposes the Motion to Dismiss.

Dated: November 27, 2006

Respectfully submitted,

/S Michael J. Schaengold

Michael J. Schaengold
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6523
(202) 457-6315 (Fax)
mschaengold@pattonboggs.com

Attorney of Record for
Reilly's Wholesale Produce, Inc.

Of Counsel:
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

Mark A. McAndrew
DINSMORE & SHOHL
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
(513) 977-8200
(513) 977-8141 (Fax)

**CERTIFICATE OF FILING**

I hereby certify that on this 27th day of November, 2006, a copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S Elizabeth M. Gill