# In The United States Court of Federal Claims

No. 06- 668C

(Filed: December 1, 2006)

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

**ORDER**

On September 19, 2006, plaintiff filed a bid protest with the Government Accountability Office (GAO) contesting the award of an interim contract by the Defense Commissary Agency (DeCA) to defendant-intervenor for the provision of fresh fruits and vegetables. Following DeCA's decision to override the automatic stay as to this interim contract, on September 25, 2006, plaintiff filed a complaint in this court seeking a declaratory judgment, a temporary restraining order, and preliminary and permanent injunctive relief to set aside the override decision. On October 13, 2006, the court issued an order, with an effective date of October 20, 2006, preliminarily enjoining the performance of the interim contract. On October 18, 2006, DeCA issued a notice of termination of the interim contract for the convenience of the government, which termination became effective on October 20, 2006. On October 19, 2006, the GAO dismissed plaintiff's protest of the interim contract owing to the termination of that contract. On October 27, 2006, defendant moved to dismiss this case as moot. On November 27, 2006, plaintiff objected to defendant's motion, seeking various attorney's fees, expert witness expenses, and costs.

As the interim contract has been terminated, this case is moot. The complaint is hereby **DISMISSED**. Costs, as allowable under 28 U.S.C. § 1920, shall be taxed against defendant and awarded to plaintiff. However, plaintiff has not provided an appropriate application for the other items it seeks, *see*, *e.g.*, 28 U.S.C. § 2412(d)(1)(A), and, accordingly, its request in this regard is otherwise **DENIED**. The Clerk shall enter an appropriate order or decree.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge