# In the United States Court of Federal Claims

**No. 06-668 C**

**REILLY'S WHOLESALE PRODUCE, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**FOUR SEASONS PRODUCE, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Order, filed December 1, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. Costs, as allowable under 28 U.S.C. § 1920, shall be taxed against defendant and awarded to plaintiff.

Brian Bishop
Clerk of Court

**December 4, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.