# In The United States Court of Federal Claims

No. 06- 668C

(Filed: December 8, 2006)

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

**ORDER**

On December 4, 2006, the court dismissed this case as moot. Today, December 8, 2006, plaintiff filed a motion for clarification as to its ability to pursue attorney's fees, expert witness expenses and costs under the Equal Access to Justice Act (EAJA). The court's order dismissing the case does not preclude plaintiff from filing a proper and timely application for such relief pursuant to the EAJA.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge