# In The United States Court of Federal Claims

No. 06-668C

(Filed: March 8, 2007)

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

**ORDER**

On March 2, 2007, plaintiffs filed a motion for attorney's fees and expenses under the Equal Access to Justice Act (EAJA). That motion is hereby **DENIED**.

The court finds that the position of the United States in this case was "substantially justified" for purposes of 28 U.S.C. §2412(d)(1)(A), in the sense that it was "justified to a degree that would satisfy a reasonable person," *see Pierce v. Underwood*, 487 U.S. 552, 565 (1988), and had a "reasonable basis in both fact and law," *see Chiu v. United States*, 948 F.2d 711, 715 (Fed. Cir. 1991). Defendant is therefore not subject to the imposition of fees and expenses under EAJA. Costs in this case are awardable, as appropriate, under 28 U.S.C. §2412(a)(1).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge