#066488

ORIGINAL

FILED
MAY 4 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| REILLY'S WHOLESALE PRODUCE, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant,<br>and<br>FOUR SEASONS PRODUCE, INC.,<br>Intervenor. | No. 06-668C<br>(Judge Allegra) |

NOTICE OF APPEAL

Notice is respectfully given that Plaintiff, Reilly's Wholesale Produce, Inc. ("RWPI"), in the above-captioned case appeals to the U.S. Court of Appeals for the Federal Circuit from: (i) the Court of Federal Claims' March 8, 2007 Order (copy attached as Exhibit 1) denying RWPI's motion for attorney's fees, expenses and costs under the Equal Access to Justice Act, and (ii) any other Court of Federal Claims Judgments, Orders or Opinions in the above-captioned case (including, but not limited to, the Court of Federal Claims' December 1 and 8, 2006 Orders and its December 4, 2006 Judgment).

Dated: May 4, 2007

Respectfully submitted,

Michael J. Schaengold

Michael J. Schaengold
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6523
(202) 457-6315 (Fax)
mschaengold@pattonboggs.com

Attorney of Record for
Reilly's Wholesale Produce, Inc.

Of Counsel:
Elizabeth M. Gill
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (Fax)

Mark A. McAndrew
DINSMORE & SHOHL
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
(513) 977-8200
(513) 977-8141 (Fax)

EXHIBIT 1

# In The United States Court of Federal Claims

No. 06-668C

(Filed: March 8, 2007)

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

FOUR SEASONS PRODUCE, INC.,

Defendant-Intervenor.

## ORDER

On March 2, 2007, plaintiffs filed a motion for attorney's fees and expenses under the Equal Access to Justice Act (EAJA). That motion is hereby **DENIED**.

The court finds that the position of the United States in this case was "substantially justified" for purposes of 28 U.S.C. §2412(d)(1)(A), in the sense that it was "justified to a degree that would satisfy a reasonable person," *see Pierce v. Underwood*, 487 U.S. 552, 565 (1988), and had a "reasonable basis in both fact and law," *see Chiu v. United States*, 948 F.2d 711, 715 (Fed. Cir. 1991). Defendant is therefore not subject to the imposition of fees and expenses under EAJA. Costs in this case are awardable, as appropriate, under 28 U.S.C. §2412(a)(1).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2007, a copy of the foregoing PLAINTIFF'S NOTICE OF APPEAL was placed into first-class mail, postage pre-paid, and addressed to:

Dawn Suzanne Conrad
U. S. Department of Justice
Commercial Litigation Branch, Civil Div.
1100 L Street, NW
Washington, DC 20530
(202) 616-2279
Fax: (202) 305-7643
Email: dawn.conrad@usdoj.gov

David Phillip Metzger
Holland & Knight
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
(202) 955-3000

Michael J. Schaengold