NOTE: This order is nonprecedential.

ORIGINAL

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
APR 10 2008
U.S. COURT OF FEDERAL CLAIMS

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT,

Jan Horbaly
Clerk

04/10/08

cc: Clerk's Office, CFC
Michael J. Schaengold
Dawn S. Conrad, Kristen E. Ittig

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
APR 10 2008
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 04/10/08

REILLY'S WHOLESALE V US, 2007-5114
CFC - 06-CV-668

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 4/10/08

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2007-5114

REILLY'S WHOLESALE PRODUCE, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

FOUR SEASONS,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-109,
Judge Francis M. Allegra.

## O R D E R