United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

June 6, 2008

Michael J. Schaengold, Esq.
Patton, Boggs, L.L.P.
2550 M Street, NW
Suite 900
Washington, DC 20037-1350

In re: Reilly's Wholesale Produce, Inc. v. United States, No. 06-668 C

Dear Mr. Schaengold:

I enclose herewith a certified transcript, dated April 30, 2008, pursuant to 28 U.S.C. §2412 providing for the payment of costs taxed in plaintiff's favor in the above-entitled case.

As to the procedure for obtaining payment of these costs, see the enclosed Instruction Sheet.

Very truly yours,

Lisa DeFade Reyes
Chief Deputy Clerk of Operations

Enclosures

cc: Dawn Suzanne Conrad, Esq.
Department of Justice